

The relief described hereinbelow is SO ORDERED.

Signed May 22, 2013.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:
BENJAMIN RICHARD JOHNSON

CASE NO: 11-51828 K
Chapter 13

**Debtor**

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM OF**
**HSBC BANK NEVADA, NA (BEST BUY CO INC)**
**Court Claim Number: 7**

**On this day, came onto be considered the Trustee's** Objection to Claim of HSBC Bank Nevada, NA (Best Buy Co Inc) and no response having been filed, the Court finds notice was proper and the Objection is sustained.

IT IS THEREFORE ORDERED, that the Trustee's Objection to the Claim of HSBC Bank Nevada, NA (Best Buy Co Inc) in the amount of $308.93, filed on September 23, 2011, is granted.

FURTHER, the Court finds that the creditor has not complied with Bankruptcy Rule 3001 (c). Therefore, the claim in the amount of $308.93 is DISALLOWED and will be discharged upon completion of the plan.

Debtor(s):
BENJAMIN RICHARD JOHNSON
26013 SILVER CLOUD DRIVE
SAN ANTONIO, TX 78260

UNITED STATES TRUSTEE
P O BOX 1539
SAN ANTONIO, TX. 78295-1539

UNITED STATES BANKRUPTCY COURT
P O BOX 1439
SAN ANTONIO, TX. 78295-1439

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

Attorney For Debtor(s)  
DAVID T CAIN  
ENERGY PLAZA BLDG STE#309  
8610 N NEW BRAUNFELS AVE  
SAN ANTONIO, TX 78217  

HSBC Bank Nevada, NA  
Bass & Associates, PC  
ATTN: Rosemarie Baysa  
3936 Ft. Lowell Rd #200  
Tucson, AZ 85712  

HSBC BANK NEVADA NA (BEST BUY CO INC)  
BASS & ASSOCIATES PC  
3936 E FT LOWELL #200  
TUCSON, AZ 85712  

###